Gregory J. Walch, NBN 4780
General Counsel
Brian Chally, NBN 1836
Steven C. Anderson, NBN 11901
Las Vegas Valley Water District
1001 South Valley View Blvd. MS #480
Las Vegas, Nevada 89153
(702) 258-3288 – telephone
(702) 259-8218 – facsimile
greg.walch@lvvwd.com
brian.chally@lvvwd.com
sc.anderson@lvvwd.com

*Attorneys for Las Vegas Valley Water
District d/b/a Springs Preserve*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK KUHLMEY, DONALD BOSSO, ALAN DREDOW, RAY SEGUINE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; DIVISION OF TOURISM AND CULTURAL AFFAIRS, DIVISION OF MUSEUMS AND HISTORY, NEVADA STATE MUSEUM, LAS VEGAS<br><br>STATE OF NEVADA, DEPARTMENT OF ADMINISTRATION, STATE PUBLIC WORKS DIVISION BOARD<br><br>STATE OF NEVADA, DIVISION OF TOURISM AND CULTURAL AFFAIRS, DIVISION OF MUSEUMS AND HISTORY, PETER D. BARTON, ADMINISTRATOR<br><br>STATE OF NEVADA, STATE PUBLIC WORKS DIVISION BOARD, STEVE BARRON, PROJECT MANAGER AND ADA 504 COORDINATOR<br><br>STATE OF NEVADA, PUBLIC WORKS BOARD, DENNIS NOLAN, PROJECT MANAGER AND ADA/504 COORDINATOR (RETIRED DECEMBER, 2014)<br><br>STATE OF NEVADA, DEPARTMENT OF ADMINISTRATION, BUDGET OFFICE, | Case No.:   2:16-cv-01072-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LAS VEGAS VALLEY WATER DISTRICT dba SPRINGS PRESERVE TO RESPOND TO COMPLAINT** |

|   |   |
|---|---|
| 1 | CHRISTIAN P. CHIMITS, DEPUTY ADMINISTRATOR |
| 2 | |
| 3 | LAS VEGAS VALLEY WATER DISTRICT MUNICIPAL CORPORATION NEVADA aka LAS VEGAS SPRINGS PRESERVE |
| 4 | |
| 5 | THINK ROTH PROJECTS fka THINK JACOBSON ROTH, |
| 6 | Defendants. |

## STIPULATION

Defendant Las Vegas Valley Water District dba Springs Preserve ("Springs Preserve") and Plaintiffs Roderick Kuhlmey, Donald Bosso, Alan Bredow, and Ray Seguine ("Plaintiffs") agree and stipulate as follows:

1. Plaintiffs served Springs Preserve with their Complaint on May 24, 2016.

2. Pursuant to the Federal Rules of Civil Procedure, the date on which Springs Preserve is to answer or otherwise respond to the Complaint is June 14, 2016. *See* Dkt. #10.

3. The parties agree to extend the time in which Springs Preserve must answer or otherwise respond to the Complaint from June 14, 2016, to June 28, 2016.

**SO STIPULATED** this 14th day of June, 2016.

| Las Vegas Valley Water District | Stewart J. Neuville Attorney at Law |
|---|---|
| */s/ Steven C. Anderson* | */s/ Stewart J. Neuville* |
| Gregory J. Walch, NBN 4780<br>Brian Chally, NBN 1836<br>Steven C. Anderson, NBN 11901<br>Las Vegas Valley Water District<br>1001 South Valley View Blvd. MS #480<br>Las Vegas, Nevada 89153 | Stewart J. Neuville, NBN 9638<br>11845 W. Olympic Blvd, Suite 1000<br>Los Angeles, CA, 90064<br><br>Scott A. Marquis<br>Designated Attorney – LR IA 11-1(b)(2)<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 |
| *Attorneys for Springs Preserve* | *Attorney for Plaintiffs* |

. . .

. . .

IT IS SO ORDERED.
DATED: June 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Las Vegas Valley Water District
1001 South Valley View Boulevard
Las Vegas, Nevada 89153
(702) 258-3288
(702) 259-8218 ~ Facsimile

2016-01487 :
00053131

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LAS VEGAS VALLEY WATER DISTRICT dba SPRINGS PRESERVE TO RESPOND TO COMPLAINT** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Stewart J. Neuville, NBN 9638
11845 W. Olympic Blvd, Suite 1000
Los Angeles, CA, 90064
Sjn@neuvillelaw.com

Scott A. Marquis
Designated Attorney – LR IA 11-1(b)(2)
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Smarquis@maclaw.com

*Attorneys for Plaintiffs*

Dated this 14th day of June, 2016

__/s/ *Shelley McGinn*____
Shelley McGinn

Las Vegas Valley Water District
1001 South Valley View Boulevard
Las Vegas, Nevada 89153
(702) 258-3288
(702) 259-8218 ~ Facsimile

2016-01487 :
00053131

## **ORDER**

**IT IS SO ORDERED** that Springs Preserve shall have through June 28, 2016, to answer or otherwise respond to the Complaint.

DATED: June __, 2016.

_____
DISTRICT/MAGISTRATE JUDGE

Las Vegas Valley Water District
1001 South Valley View Boulevard
Las Vegas, Nevada 89153
(702) 258-3288
(702) 259-8218 ~ Facsimile

2016-01487 :
00053131